# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2006
LT Case No. 2019-CF-8175-A

_____

REGINALD PHELPS,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Reginald Phelps, Lowell, pro se.

Ashley Moody, Attorney General, and Daren L. Shippy, Assistant Attorney General, Tallahassee, for Appellee.

November 28, 2023

PER CURIAM.

  AFFIRMED.

WALLIS, BOATWRIGHT, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____